THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPULENT TREASURES, INC., <br>     Plaintiff, <br><br> v. <br><br> PORTOFINO INTERNATIONAL TRADING USA, INC., DAGGO TRADING, INC., PORTOFINO INTERNATIONAL TRADING GROUP, INC. <br>     Defendants. | § § § § § § § § § § § § §  Civil Action No. 2:21-cv-00307-JRG |

## PLAINTIFF OPULENT TREASURES, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Plaintiff Opulent Treasures, Inc. respectfully notifies the Court that they timely served via email their Initial Disclosures on Defendants Portofino International Trading USA, Inc., Daggo Trading, Inc., and Portofino International Trading Group, Inc. on December 20, 2021, in accordance with the Court's Discovery Order (Dkt. 26).

DATED: December 21, 2021      BROZYNSKI & DALTON PC

               By: */s/ Katarzyna Brozynski*
                  KATARZYNA BROZYNSKI
                  State Bar No. 24036277
                  kasia@bdlegalgroup.com
                  BART DALTON
                  Texas Bar No. 24043418
                  bart@bdlegalgroup.com
                  ERIC KNUDSEN
                  Texas Bar No. 24120949
                  eric@bdlegalgroup.com
                  5700 Tennyson Parkway, Suite 300
                  Plano, Texas 75024
                  Telephone: 972.371.0679
                  Attorneys for PLAINTIFF
                  OPULENT TREASURES, INC.

## CERTIFICATE OF SERVICE

I certify that on December 21, 2021, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Katarzyna Brozynski*
Katarzyna Brozynski
